

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00356-CR

Ex Parte Juan **ENRIQUEZ**,
Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 3862-G
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's brief is due on January 2, 2018. **Further requests for extension of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_____
Keith E. Hottle
Clerk of Court